# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI
## KANSAS CITY DIVISION

In Re: §
 §
ALAN BAILEY CRAINE, JR. §   Case No. 18-40338-CAN7
 §
 Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jerald S. Enslein, Bankruptcy Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 46,175.00              Assets Exempt: 9,780.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,664.03      Claims Discharged
                                                 Without Payment:  66,090.19

Total Expenses of Administration:  798.19

---

3) Total gross receipts of $ 2,462.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,462.22 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 52,533.85 | $ 12,212.09 | $ 12,212.09 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 798.19 | 798.19 | 798.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,127.00 | 29,094.37 | 29,094.37 | 1,664.03 |
| **TOTAL DISBURSEMENTS** | $ 80,660.85 | $ 42,104.65 | $ 42,104.65 | $ 2,462.22 |

4) This case was originally filed under chapter 7 on 02/07/2018 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/29/2019               By:/s/Jerald S. Enslein, Bankruptcy Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash On Hand | 1129-000 | 50.00 |
| Nbkc Bank | 1129-000 | 47.58 |
| Us Bank | 1129-000 | 23.64 |
| 2017 federal and state income tax refunds (u) | 1224-000 | 2,341.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,462.22** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank/Sears, PO Box 6282 Sioux Falls, SD 57117-6282 | | 786.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage, Bankruptcy Dept/Correspondence PO Box 10335 Des Moines, IA 50306 | | 37,873.85 | NA | NA | 0.00 |
| 1-1 | National Bank of Kansas City | 4210-000 | 13,874.00 | 12,212.09 | 12,212.09 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 52,533.85 | $ 12,212.09 | $ 12,212.09 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jerald S. Enslein | 2100-000 | NA | 615.56 | 615.56 | 615.56 |
| Jerald S. Enslein | 2200-000 | NA | 161.80 | 161.80 | 161.80 |
| International Sureties, LTD | 2300-000 | NA | 0.83 | 0.83 | 0.83 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 798.19 | $ 798.19 | $ 798.19 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-1 | National Bank of Kansas City | 7100-000 | 28,000.00 | 28,966.91 | 28,966.91 | 1,656.74 |
| 3-1 | PYOD LLC its successors & assgns as assgnee of Synchrony Bk | 7100-000 | 127.00 | 127.46 | 127.46 | 7.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 28,127.00 | $ 29,094.37 | $ 29,094.37 | $ 1,664.03 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-40338 | CAN | Judge: | Cynthia A. Norton | Trustee Name: | Jerald S. Enslein, Bankruptcy Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ALAN BAILEY CRAINE, JR. | | | | Date Filed (f) or Converted (c): | 02/07/2018 (f) |
| | | | | | 341(a) Meeting Date: | 03/15/2018 |
| For Period Ending: | 01/29/2019 | | | | Claims Bar Date: | 10/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property<br><br>732 Ley Street<br>Excelsior Springs, MO 64024-0000 | 40,000.00 | 0.00 | | 0.00 | FA |
| 2. 2011 Dodge Caliber<br><br>2011 Dodge Caliber Heat Mileage: 120,000+, VIN 1B3CB5HA4BD160641 | 5,475.00 | 0.00 | | 0.00 | FA |
| 3. 2004 Ford Focus ZX3<br><br>2004 Ford Focus ZX3  VIN 3FAFP31Z64R112964 | 450.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS<br><br>Household goods, furnishings, wall hangings, knick knacks, yard toolss, and equipment, etc. | 300.00 | 0.00 | | 0.00 | FA |
| 5. Washer & Dryer<br><br>Washer & Dryer | 700.00 | 0.00 | | 0.00 | FA |
| 6. Electronics<br><br>One smartphone, one computer, two televisions, one gaming system, and other miscellaneous electronics | 700.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHES<br><br>Wearing apparel, clothing and shoes. | 120.00 | 0.00 | | 0.00 | FA |
| 8. Non-farm animals<br><br>1 pet cat | 0.00 | 0.00 | | 0.00 | FA |
| 9. Cash On Hand<br><br>Cash on hand | 650.00 | 0.00 | | 50.00 | FA |
| 10. Nbkc Bank<br><br>NBKC Bank | 50.00 | 0.00 | | 47.58 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-40338 | CAN | Judge: Cynthia A. Norton | Trustee Name: | Jerald S. Enslein, Bankruptcy Trustee |
|---|---|---|---|---|---|
| Case Name: | ALAN BAILEY CRAINE, JR. | | | Date Filed (f) or Converted (c): | 02/07/2018 (f) |
| | | | | 341(a) Meeting Date: | 03/15/2018 |
| For Period Ending: | 01/29/2019 | | | Claims Bar Date: | 10/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Us Bank<br><br>US Bank | 28.00 | 0.00 | | 23.64 | FA |
| 12. Fidelity Investments<br><br>Fidelity Investments | 7,610.00 | 0.00 | | 0.00 | FA |
| 13. INTERESTS IN INSURANCE POLICIES<br><br>Term life insurance through employer | 0.00 | 0.00 | | 0.00 | FA |
| 14. INTERESTS IN INSURANCE POLICIES<br><br>Term life insurance through State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2017 federal and state income tax refunds (u) (u)<br><br>2018 federal, Kansas, and Missouri income tax refunds in the amounts of $1,663.00, $99.00, and $579.00, respectively, or an aggregate sum of $2,341.00. (u) | 0.00 | 0.00 | | 2,341.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $56,083.00 | $0.00 | $2,462.22 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collected the nonexempt portions of funds on deposit with financial institutions and 2017 federal and Missouri income tax refunds.  Trustee is awaiting the filing of claims.

Exhibit 8

07/12/18-Requested Claims Bar Date
08/02/18-Date of receipt of most recent payment
10/13/18-Reviewed claims
10/15/18-Reviewed Claims Register of Court to ascertain whether any additional claims had been filed; none were found (JSE)
10/22/18-Reviewed Claims Register of Court to ascertain whether any additional claims had been filed; none were found (JSE)
10/22/18-Submitted the TFR to the office of the U.S. Trustee
10/25/18-TFR filed with the Court by the office of the U.S. Trustee
10/29/18-Filed the NFR with the Court
11/21/18-Order entered approving the TFR
11/29/18-Distribution of funds sent in accordance with the TFR
12/21/18-Cessation of federal appropriation affecting United States Department of Justice and resulting in furloughs of portion of staff of United States Trustee
-TDR submitted to the office of the U.S. Trustee
-TDR filed with the Court by the office of the U.S. Trustee

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 18-40338 | Trustee Name: Jerald S. Enslein, Bankruptcy Trustee |
| Case Name: ALAN BAILEY CRAINE, JR. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8967 |
| | Checking |
| Taxpayer ID No: XX-XXX2573 | Blanket Bond (per case limit): $16,000,000.00 |
| For Period Ending: 01/29/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/06/18 | | The Law Offices of Tracy L. Robinson, LC Trust Account<br>818 Grand Blvd., Suite 505<br>Kansas City, MO 64106 | Nonexempt portions of 2017 federal, Kansas, and Missouri income tax refunds, cash, and funds on deposit in financial accounts<br>Nonexempt portions of 2017 federal, Kansas, and Missouri income tax refunds, cash, and funds on deposit in financial accounts.<br><br>Trustee was out of town when check was received; check was entered in Receipt Log on initial business date of return of Trustee to office (which represents the second business day following the date the check is believed to have been received). | | $2,462.22 | | $2,462.22 |
| | | | Gross Receipts           $2,462.22 | | | | |
| | 9 | | Cash On Hand           $50.00 | 1129-000 | | | |
| | 10 | | Nbkc Bank           $47.58 | 1129-000 | | | |
| | 11 | | Us Bank           $23.64 | 1129-000 | | | |
| | 15 | | 2017 federal and state income tax refunds (u)     $2,341.00 | 1224-000 | | | |
| 08/21/18 | 5001 | International Sureties, LTD<br>701 Poydras St., Suite 420<br>New Orleans, LA 70139 | Chapter 7 Blanket Bond #016070909 | 2300-000 | | $0.83 | $2,461.39 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,451.39 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,441.39 |

Page Subtotals:   $2,462.22   $20.83

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-40338 | Trustee Name: | Jerald S. Enslein, Bankruptcy Trustee |
| Case Name: | ALAN BAILEY CRAINE, JR. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8967 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2573 | Blanket Bond (per case limit): | $16,000,000.00 |
| For Period Ending: | 01/29/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/18 | | Transfer to Acct # xxxxxx0294 | Transfer of Funds | 9999-000 | | $2,441.39 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,462.22 | $2,462.22 |
| Less: Bank Transfers/CD's | $0.00 | $2,441.39 |
| Subtotal | $2,462.22 | $20.83 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,462.22 | $20.83 |

Page Subtotals: $0.00   $2,441.39

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-40338 | Trustee Name: Jerald S. Enslein, Bankruptcy Trustee |
| Case Name: ALAN BAILEY CRAINE, JR. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0294 |
| | Checking |
| Taxpayer ID No: XX-XXX2573 | Blanket Bond (per case limit): $16,000,000.00 |
| For Period Ending: 01/29/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| 10/24/18 | | Transfer from Acct # xxxxxx8967 | Transfer of Funds | 9999-000 | $2,441.39 | | $2,441.39 |
| 11/29/18 | 2001 | Jerald S. Enslein<br>Bankruptcy Trustee<br>4435 Main Street, Suite 920<br>Kansas City, MO 64111-1945 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $615.56 | $1,825.83 |
| 11/29/18 | 2002 | Jerald S. Enslein<br>Bankruptcy Trustee<br>4435 Main Street, Suite 920<br>Kansas City, MO 64111-1945 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $161.80 | $1,664.03 |
| 11/29/18 | 2003 | National Bank of Kansas City<br>c/o Bob Tinsman<br>8320 Ward Parkway<br>Kansas City, MO 64114 | Final distribution to claim 2 creditor account # representing a payment of 5.72 % per court order. | 7100-000 | | $1,656.74 | $7.29 |
| 11/29/18 | 2004 | PYOD, LLC its successors and assigns as assignee of Synchron<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final distribution to claim 3 creditor account # representing a payment of 5.72 % per court order. | 7100-000 | | $7.29 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,441.39 | $2,441.39 |
| Less: Bank Transfers/CD's | $2,441.39 | $0.00 |
| Subtotal | $0.00 | $2,441.39 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $2,441.39 |

Page Subtotals: $2,441.39  $2,441.39

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Exhibit 9

| | TOTAL OF ALL ACCOUNTS | | | |
|---|---|---|---|---|
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | XXXXXX0294 - Checking | $0.00 | $2,441.39 | $0.00 |
| | XXXXXX8967 - Checking | $2,462.22 | $20.83 | $0.00 |
| | | $2,462.22 | $2,462.22 | $0.00 |
| | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| Total Allocation Receipts: | $0.00 | | | |
| Total Net Deposits: | $2,462.22 | | | |
| Total Gross Receipts: | $2,462.22 | | | |